JOHN McFADDEN v. FOSTER WHEELER COMPANY.

February 19, 1982.

Petition for certification denied.

WILLIAM S. GRIMALDI v. HERBERT HARVEY.

February 19, 1982.

Petition for certification denied.

KENNETH MERIN v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF HANOVER.

February 19, 1982.

Petition for certification denied.